UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-8561-RMM

**UNITED STATES OF AMERICA**

v.

**WILLIAM J. POWELL,**

       **Defendant.**
_____/

FILED BY SP D.C.
Oct 8, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ✓ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ✓ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ✓ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ✓ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _/s/ Aurora Fagan_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:   Aurora.Fagan@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America <br> v. <br> WILLIAM J. POWELL, <br> *Defendant(s)* | ) ) ) ) ) ) Case No. 25-8561-RMM |

FILED BY ___SP___ D.C.
Oct 8, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  10/6/2025  in the county of  Palm Beach  in the
Southern District of  Florida , the defendant(s) violated:

| Code Section | |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threat to kidnap, assault, murder United States Official |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Daniel J. Szczepanski*
Complainant's signature

Daniel J. Szczepanski, Special Agent
Printed name and title
FBI

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: 10/8/25

*[signature]*
Judge's signature

City and state:  West Palm Beach, FL    Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF**
**A CRIMINAL COMPLAINT & ARREST WARRANT**

I, Daniel J. Szczepanski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since January 2006. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency, which investigates bank robberies, narcotics trafficking, fugitives, firearms offenses, gang activity, and other violent crimes. Prior to joining PB-2, I was assigned to the financial crime squad of the FBI's Palm Beach County Resident Agency for 10 years. Based on my experience as a federal law enforcement officer, I have also conducted criminal investigations involving or relating to sophisticated financial schemes, including identity theft, wire fraud, mail fraud, bank fraud, money laundering, and access device fraud.

2. Pursuant to 18 U.S.C. § 3052, I am authorized to apply for and execute search warrants and arrest warrants for offenses enumerated in Titles 18 and 21 of the United States Code. I have participated in and directed numerous investigations involving violent crime, trafficking in controlled substances, firearms offenses, identity theft, wire fraud, mail fraud, bank fraud, and various types of fraud committed using stolen identities. As a result of my training and experience, I am familiar with the tactics, methods, and techniques of committing those crimes.

3. The purpose of this affidavit is to lay out sufficient facts to establish probable cause for the arrest of WILLIAM JOSEPH POWELL by criminal complaint for a violation of Title 18, United States Code, Section 115 (a)(1)(B) (threats to assault, kidnap, or murder, a United States official). This affidavit is based upon my own personal knowledge of the facts and circumstances

surrounding the investigation and information provided to me by other law enforcement officers. I have not included in this affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for the charges in the criminal complaint.

## PROBABLE CAUSE

4. On October 6, 2025, at approximately 5:57 pm, Trump Media and Technology (T Media Tech), the parent organization of the social media platform Truth Social, made a voluntary emergency disclosure of information to the FBI National Threat Operation Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) of a threat submitted by an unknown subject utilizing Truth Social handle @PowellIndustries posted towards (United States Official 1), a United States Representative. The threat was posted in response to a post of another Truth Social user discussing United States Official 1 and read:

"Im stopping in Washington to shootherintheface"

5. On October 6, 2025, an Emergency Disclosure Request (EDR) was sent to the Federal Bureau of Investigation's National Threat Operations Center (NTOC) regarding Truth Social user @PowellIndustries. T Media Tech provided the Truth Social subscriber information for handle @PowellIndustries as: Display Name: Booob!, email address williamXXXXXXX@yahoo.com, telephone number XXX-XXX-1217 (United States), IP address: 98.79.139.61. NTOC proceeded to conduct logical database checks based on the identifying information provided and determined the subject, William J. POWELL ("POWELL"), was likely located in Delray Beach, Florida. NTOC then provided that information to agents in the FBI's West Palm Beach Resident Agency for immediate follow up.

6. Open-source searches showed that IP address 98.79.139.61 belongs to AT&T Wireless.

7. On Monday, October 6, 2025, agents attempted to locate POWELL at his reported residence in Delray Beach, Florida. Law enforcement knocked and announced their presence at the door, to which a female occupant told law enforcement that POWELL was inside sleeping.

8. The female occupant, identified as POWELL's ex-wife, woke POWELL and POWELL agreed to an interview. POWELL told law enforcement that his cellular telephone number is XXX-XXX-1217 and his carrier is AT&T.

9. POWELL also admitted that he was in fact the owner of the Truth Social handle in question, @Powellindustries, and he did make a post in reference to shooting "United States Official 1". POWELL further explained that he made the post from his iPhone at his residence. At the time he was confused and delusional. He has episodes where he gets excited and "in a euphoric think" and does not have control of what is going on. He drank Gin and Juice to get him out of that state. The news can trigger POWELL getting to that state. POWELL told law enforcement he was in possession of at least four firearms, and he was an "angry citizen."

10. POWELL proceeded to tell law enforcement that he had threatened other politicians to include United States Official 2, United States Official 3, and United States Official 4, because he did not like them. POWELL recalled posting he was going to punch United States Official 5[1], in the face and his previous account was permanently shut down. POWELL told law enforcement that he was using prescribed opioids and a cocktail of other medications, along with alcohol while posting.

---

[1] United States Officials 1- 5 are persons who fit the definition of "United States Official" pursuant to 18 U.S.C. Section 115 (c)(4).

11. POWELL asked if we could tell United States Official 1 that he was sorry and to tell them all he was sorry.

12. POWELL told law enforcement that he has four firearms consisting of a M4 assault rifle, a .380 automatic, a 9mm, and a 20 gauge shotgun. POWELL believed that someone had broken into his residence in the last 24 hours and stole the charging handle to his M4. POWELL did not report this incident to local law enforcement. When asked if he would be willing to give up his firearms, he stated he would give up some but not all. POWELL stated that it was his right to keep firearms and he would want at least one for his protection.

13. Local law enforcement authorities took custody of POWELL and placed him at a local medical facility where he is currently undergoing psychiatric evaluation.

14. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about October 6, 2025, in Palm Beach County, the defendant, WILLIAM J. POWELL, has violated Title 18, United States Code, Sections 115 (a)(1)(B) (threats to assault, kidnap, or murder, a United States official).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daniel J. Szczepanski
Special Agent
Federal Bureau of Investigation

Sworn and Attested to me by Applicant
by Telephone (FaceTime) per the
requirements of Fed. R. Crim. P. 4(d) and 4.1
on the 8 day of October, 2025.

_____
HONORABLE RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE